CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California  95814
Telephone:   (916) 414-8050
Facsimile:    (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant MARCUS A. COOPER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00022-JAM |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE: ONE-TIME CURFEW ADJUSTMENT |
| MARCUS COOPER, et. al., | Judge: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Marcus A. Cooper, by and through his counsel of record, hereby stipulate as follows:

1. Defendant Marcus Cooper requests that his curfew be adjusted so that he can attend a family event on July 4, 2015.

2. **Status of the Case:**  On January 30, 2014, Mr. Cooper was indicted on the following counts: 18 U.S.C. section 286 – Conspiracy to Submit False Claims; 18 U.S.C. section 1028A – Aggravated Identity Theft; 18 U.S.C. section 1708 – Possession of Stolen

Mail; and 28 U.S.C. section 2461(c) – Criminal Forfeiture. He was arraigned on June 16, 2014, and released with conditions and a $25,000 appearance bond.

3. **Conditions of Pretrial Release:** The pertinent special conditions of release included restricted travel to the Eastern District of California and the Northern District of California, location monitoring, and a curfew restricting Mr. Cooper to his residence "every day from 7:00 p.m. to 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations." (Mr. Cooper was also ordered submit to alcohol and drug testing, and to participate in Better Choices; he will graduate from the program in less than a month, on July 21, 2015.)

4. **Dates and Mode of Travel:** Mr. Cooper seeks to travel to Cloverdale, California, which is in the Northern District of California, and approximately 80 miles from his residence. He will travel by car with family members. He will leave his residence on July 4, 2015, and return on July 5, 2015.

5. **Purpose:** Mr. Cooper's immediate and extended family is gathering for a July 4th celebration. He, and other family members, will stay overnight at this step-mother's house in Santa Rosa, California, which is in the Northern District. His father will be there, along with his children, brothers and sisters, aunts and uncles and other members of his family.

6. **Proposed Adjustment to Curfew:** Mr. Cooper asks that he be permitted to leave his residence on July 4, 2015, at 7:00 a.m. (as usual), and return to his residence at 7:00 p.m., on July 5, 2015. It should be noted that Mr. Cooper will not be location-monitored from July 4, 2015, at 7:00 a.m. until July 5, 2015, at 7:00 p.m.

7. The government does not object to the one-time adjustment of curfew requested.

8. Pretrial Services Officer Renee Basurto has verified Mr. Cooper's travel plans and overnight accommodations with his family members. She has also verified that Mr. Cooper is currently in compliance with all terms of the conditions of pretrial release.

Respectfully submitted,

Dated: June 29, 2015       */s/ Candice L. Fields* for
                           MATTHEW MORRIS
                           Assistant United States Attorney
                           Attorney for Plaintiff

Dated: June 29, 2015       */s/ Candice L. Fields*
                           Candice L. Fields
                           Attorney for Defendant
                           Marcus A. Cooper

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that Defendant Marcus Cooper's curfew is adjusted as follows: Defendant Marcus Cooper is permitted to leave his residence on July 4, 2015, at 7:00 a.m., and return to his residence on July 5, 2015, at 7:00 p.m. (Mr. Cooper will not be location-monitored from July 4, 2015, at 7:00 a.m. until July 5, 2015, at 7:00 p.m.)

Defendant Cooper's curfew shall return to the regular schedule set forth in the Special Conditions Of Release dated June 16, 2015.

IT IS SO ORDERED.

Dated: June 30, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Dated: June 29, 2015       */s/ Candice L. Fields* for
                           MATTHEW MORRIS
                           Assistant United States Attorney
                           Attorney for Plaintiff

Dated: June 29, 2015       */s/ Candice L. Fields*
                           Candice L. Fields
                           Attorney for Defendant
                           Marcus A. Cooper

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that Defendant Marcus Cooper's curfew is adjusted as follows: Defendant Marcus Cooper is permitted to leave his residence on July 4, 2015, at 7:00 a.m., and return to his residence on July 5, 2015, at 7:00 p.m. (Mr. Cooper will not be location-monitored from July 4, 2015, at 7:00 a.m. until July 5, 2015, at 7:00 p.m.)

Defendant Cooper's curfew shall return to the regular schedule set forth in the Special Conditions Of Release dated June 16, 2015.

IT IS SO ORDERED.

Dated:  June 30, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE