CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California  95814
Telephone:   (916) 414-8050
Facsimile:    (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant
MARCUS A. COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00022-JAM |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S APPEARANCE |
| MARCUS COOPER, et. al., | |
| Defendants. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant MARCUS COOPER hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, for any hearing regarding modification of conditions of supervised release, and when any other action is taken by the Court before or after trial.

Defendant hereby requests that the Court proceed during every absence which the Court may permit pursuant to this waiver; agrees that the defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and, further agrees to be present in

court ready for trial any day and hour the Court may fix in the defendant's absence.

The defendant further acknowledges being informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: September 14, 2015          */s/ Marcus A. Cooper*
                                    MARCUS A. COOPER
                                    Defendant
                                    (Original retained by attorney)

I agree and consent to my client's waiver of appearance.

Dated: September 14, 2015          */s/ Candice L. Fields*
                                    Candice L. Fields
                                    Attorney for Defendant
                                    Marcus A. Cooper

IT IS SO ORDERED.

Dated: September 14, 2015
                                    /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Court Judge